# DENNIS KENNY LAW

**288 North Plank Road, Newburgh, NY 12550**

Phone: (845) 566-4400 · Fax: (845) 569-0111 · Toll Free: (800) 610-4401 · (888) 2SSD-SSI
Web Site: www.denniskennylaw.com · E-Mail: denniskennylaw@cs.com

Dennis Kenny, Esq. (NY & PA)
Jeffrey C. Leo, Esq.
Tara L. Johnsson, Esq. (FL)
Scott T. Black, Esq. (NY & CA)
Edward C. DeLauter, Esq.
Katherine M. Usewicz, Esq.
Josephine Gottesman Esq.

**Of Counsel**
Evan M. Foulke, Esq. (NY & NJ)

<u>VIA ECF</u>

March 1, 2021

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSEMENT**

RE: Starr v. Commissioner of SSA
20-CV-04484 (PAE) (GWG)

Your Honor:

This office represents Plaintiff in the above-referenced Social Security appeal.

Plaintiff's motion for judgment on the pleadings is due to be filed on March 15, 2021. I respectfully write at this time, with the kind consent of Commissioner's Counsel, to request a 30-day extension for Plaintiff to file his motion. This request is necessary due to the press of other intervening work deadlines.

This is the first request for such extension and Commissioner kindly consents to this request. Should Your Honor grant this request, the following is the proposed scheduling order:

Plaintiff shall file his motion for Judgement on the Pleadings by April 14, 2021.

Defendant shall file her cross-motion by June 14, 2021.

Plaintiff shall file his reply brief, if any, on or before July 5, 2021.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ JOSEPHINE GOTTESMAN

Cc: Amanda Parsels, A.U.S.A.

**The above schedule is approved.**

**So Ordered.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**March 1, 2021**

2