# MEMORANDUM ENDORSEMENT



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

August 16, 2021

**BY ECF**

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

                Re:  *Starr v. Acting Comm'r of Soc. Sec.*, No. 20-cv-4484 (GWG)

Dear Judge Gorenstein:

      This Office represents the Acting Commissioner of Social Security (the "Commissioner"), the defendant in this action brought pursuant to 42 U.S.C. § 405(g), in which the plaintiff appeals the Commissioner's decision to deny his application for Social Security disability benefits.

      I respectfully write to request, with Plaintiff's consent, a three-day extension of the time to file the Commissioner's cross-motion for judgment on the pleadings, from August 13, 2021, until today, August 16, 2021, and a corresponding extension of time for Plaintiff to file a reply, if any, from September 3, 2021, until September 6, 2021. I apologize for the lateness of this request, and I have now filed the Commissioner's cross-motion to avoid any further delay (Dkt. Nos. 28-29), and I respectfully request that the Court accept filing of the Commissioner's cross-motion.

      This is the Commissioner's third request for an extension of time to file his cross-motion for judgment on the pleadings. The Court previously granted the Commissioner two extensions of time to file her cross-motion for judgment on the pleadings. (Dkt. Nos. 25, 27.) I thank the Court for its consideration of this request.

                                              Respectfully,

                                              AUDREY STRAUSS
                                              United States Attorney

                                                /s/ Amanda F. Parsels
                    BY:   AMANDA F. PARSELS
                                              Assistant United States Attorney
                                              Tel.: (212) 637-2780
                                              Email: amanda.parsels@usdoj.gov

cc:     Josephine Gottesman (by ECF)
        *Attorney for Plaintiff*

**The proposed schedule is approved. In a previous request (Docket # 26), the Government sought and obtained an extension on the ground that it was engaged in an "internal discussion that could potentially avoid unnecessary motion practice and promote judicial efficiency." This letter does not clarify whether the cross- motion was filed protectively or if that discussion has in fact concluded. The Government shall clarify this point by means of a letter filed on ECF on or before August 23, 2021.**

**SO ORDERED.**

GABRIEL W. GORENSTEIN
United States Magistrate Judge

**August 16, 2021**