UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DANIEL STARR,

                     Plaintiff,                            20 **CIVIL** 4484 (GWG)

      -v-                                              **JUDGMENT**

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                     Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 26, 2022, Starr's motion to remand is granted, and the Commissioner's cross-motion for judgment on the pleadings is denied. The case is remanded for further proceedings consistent with the Opinion.

**Dated:** New York, New York
          January 26, 2022

                                                            **RUBY J. KRAJICK**

                                                                 **Clerk of Court**
                                       **BY:**
                                                                  **Deputy Clerk**